PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
RYAN P. DEJOE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.dejoe@usdoj.gov
Attorneys for Plaintiff

FILED

2021 MAR 31 PM 2:01

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-00539 TUC-SHR(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Fentanyl)<br>Count 1 |
| Richard Hoffman,<br>Defendant. | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi)<br>(Possession with Intent to Distribute Fentanyl)<br>Count 2 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning at a time unknown, to on or about December 1, 2020, in the District of Arizona, RICHARD HOFFMAN did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

<u>**COUNT 2**</u>

On or about December 1, 2020, in the District of Arizona, RICHARD HOFFMAN did knowingly and intentionally possess with intent to distribute 400 grams or more of a

mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Dated: March 31, 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/

RYAN P. DEJOE
Assistant U.S. Attorney